**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLAVIO ARMANDO CASTRO,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-06589-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Flavio Armando Castro is a native and citizen of El Salvador who has resided in the United States since March 1988. ECF 1 at ¶ 5. On February 4, 2009, Petitioner was granted deferral of removal to El Salvador under the Convention Against Torture, and subsequently released on an order of supervision. *Id.* at ¶ 6–7.

On July 15, 2026, Petitioner was detained by Immigration and Customs Enforcement (ICE) during a scheduled check-in. *Id.* at ¶ 10. Petitioner was not given any notice of revocation of her order of supervision or notice of changed circumstances relevant to her detention status, removability, or criminal record. *Id.* Petitioner does not have a criminal history, has never failed to appear for any

appointment or check-in, and has never been ordered removed. *Id.* at ¶¶ 10, 30–31. Petitioner is currently detained at Adelanto ICE Processing Center. *Id.* at ¶¶ 1, 20.

Through a counseled habeas petition, Petitioner alleges that her detention violates her statutory and constitutional rights. *See generally, id.*

Respondents have failed to oppose the Petitioner or to appear in this matter at all, despite notice and a briefing deadline that has since passed. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE PETITIONER FLAVIO ARMANDO CASTRO (A#094-245-929) FORTHWITH** on conditions of release no more restrictive than those in effect when she was most recently detained;

2) Respondents shall return to Petitioner at the time of her release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

IT IS SO ORDERED.

DATED: November 20, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE