**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLAVIO ARMANDO CASTRO,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-06589-DMK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Flavio Armando Castro (A# 094-245-929) from custody on conditions of release no more restrictive than those in effect when she was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release. Respondents shall file a notice of compliance within 72 hours.

DATED: November 20, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE